Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW BARGER AND DEANNA HUNT<br><br>Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC<br><br>Defendant. | Case No.:<br><br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

**COMPLAINT**

COMES NOW the Plaintiffs, MATTHEW BARGER AND DEANNA HUNT ("Plaintiffs"), by and through their attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, NCO FINANCIAL SYSTEMS INC, allege and affirmatively state as follows:

**INTRODUCTION**

1. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who

- 1 -

refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2. Plaintiffs, through Plaintiffs' attorneys, bring this action to challenge the actions of NCO FINANCIAL SYSTEMS, INC (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiffs, and this conduct caused Plaintiffs damages.

3. For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

7. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

8. Plaintiff-HUNT is a natural person who resides in Beaufort, Cartert County, North Carolina. Plaintiff-BARGER is a natural person who resides in Collinsville, Madison County, Illinois. Plaintiffs are obligated or allegedly obligated to pay a debt and are "consumers" as that term is defined by 15 U.S.C. 1692a(3).

9. Plaintiffs are informed and believe, and thereon allege, that Defendant is a

national company with a business office in the City of Rancho Cordova, County of Sacramento, State of California.

10. Plaintiffs are informed and believe, and thereon allege, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

11. Defendant has been placing constant and continuous collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

12. Defendant failed to mail a written letter describing Plaintiffs' rights with respect to the debt in controversy within 5 days after the Defendant's initial communication with Plaintiff.

13. Defendant continued contacting and demanding payment from Plaintiff by placing an excessive amount of phone calls and causing her phone to ring constantly and continuously.

14. Defendant used profane and offensive statements when addressing Plaintiff on the telephone and screaming, "Do you know you owe this debt?"

15. On July 25, 2008, Plaintiffs retained KROHN & MOSS, LTD. to be their legal representation in the present matter.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Plaintiffs repeat, reallage and incorporate by reference all of the foregoing paragraphs.

17. Defendant **violated the FDCPA**. Defendant's violations include, but are not

limited to the following:

a). Defendant violated the FDCPA § 1692d(2) when Defendant, through its agents, employees, and or legal counsel, used abusive and offensive language when addressing Plaintiffs.

b). Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents, employees, and or legal counsel excessively placed collection calls to Plaintiffs.

c) Defendants violated FDCPA §1692g(a) when Defendant, through its agents, employees, and or legal counsel, never mailed an official letter notifying Plaintiffs of their rights with respect to the debt owed.

18. As a consequence of Defendant's foregoing actions, Plaintiffs has suffered from stress, anxiety, humiliation, anger and fear (See Exhibit A).

**WHEREFORE**, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

19. Declaratory judgment that the Defendant's conduct violated Federal Act, FDCPA.

20. Actual damages.

21. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

22. Costs and reasonable attorney's fees pursuant to Federal Act, 15 U.S.C. 1692k.

23. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED: September 12, 2008        KROHN & MOSS, LTD

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, MATTHEW BARGER AND DEANNA HUNT, hereby demand trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS)

Plaintiff, MATTHEW BARGER, says as follows:

1. I am the Plaintiff in this civil proceeding
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MATTHEW BARGER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED: 9-16-08                              *Matthew P. Barger*

MATTHEW BARGER, PLAINTIFF

- 5 -

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS)

Plaintiff, DEANNA HUNT, says as follows:

8. I am the Plaintiff in this civil proceeding.
9. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
12. I have filed this Complaint in good faith and solely for the purposes set forth in it.
13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DEANNA HUNT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED: 9-10-08                              _____
                                            DEANNA HUNT, PLAINTIFF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 9-16-08

Matthew J. Barger
Signed Name

Matthew Barger
Printed Name

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES)   NO
2. Fear of answering the telephone — (YES)   NO
3. Nervousness — (YES)   NO
4. Fear of answering the door — YES   NO
5. Embarrassment when speaking with family or friends — YES   NO
6. Depressions (sad, anxious, or "empty" moods) — YES   NO
7. Chest pains — YES   NO
8. Feelings of hopelessness, pessimism — YES   NO
9. Feelings of guilt, worthlessness, helplessness — YES   NO
10. Appetite and/or weight loss or overeating and weight gain — YES   NO
11. Thoughts of death, suicide or suicide attempts — YES   NO
12. Restlessness or irritability — (YES)   NO
13. Headache, nausea, chronic pain or fatigue — YES   NO
14. Negative impact on my job — YES   NO
15. Negative impact on my relationships — (YES)   NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9-10-08

_Deanna Hunt_
Signed Name

DEANNA HUNT
Printed Name