Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BARGER AND DEANNA HUNT, ) ) ) | Case No. 08-02195 JAM DAD |
| Plaintiff, ) vs. ) | STIPULATION TO DISMISS |
| ) NCO FINANCIAL SYSTEMS, INC., ) ) | |
| Defendant. ) ) ) ) | |

Plaintiffs, MATTHEW BARGER AND DEANNA HUNT, filed the

present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about

September 16, 2008. The parties subsequently resolved the action in its entirety.

As part of said resolution, the parties agree to dismiss the entire action with

prejudice.

IT IS STIPULATED by and between the parties to this action through their

designated counsel that the above captioned action is dismissed with prejudice

1

1  pursuant to Fed. R. Civ. Pro. 41.

2

3

4  Dated: 11/06/08          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

5                           /s/Albert R. Limberg
                            Albert R. Limberg,
6                           Attorney for Defendant,
                            NCO Financial Systems, Inc.
7

8

9  Dated: 11/06/08          KROHN & MOSS, LTD.

10                          /s/ Nicholas J. Bontrager
                            Nicholas J. Bontrager
11                          Attorney for Plaintiffs,
                            Matthew Barger and Deanna Hunt
12

13

14  IT IS SO ORDERED.

15
   Dated:                   _____
16                          Hon. John A. Mendez
                            United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28
                                          2
                              Stipulation to Vacate