Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BARGER AND DEANNA HUNT, <br><br> Plaintiff, <br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | Case No. 08-02195 JAM DAD <br><br> STIPULATION TO DISMISS |

Plaintiffs, MATTHEW BARGER AND DEANNA HUNT, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about September 16, 2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice

1

Stipulation to Vacate

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:08-cv-02195-JAM-DAD   Document 7   Filed 11/07/08   Page 2 of 2

pursuant to Fed. R. Civ. Pro. 41.

Dated: 11/06/08         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        /s/Albert R. Limberg
                        Albert R. Limberg,
                        Attorney for Defendant,
                        NCO Financial Systems, Inc.


Dated: 11/06/08         KROHN & MOSS, LTD.

                        /s/ Nicholas J. Bontrager
                        Nicholas J. Bontrager
                        Attorney for Plaintiffs,
                        Matthew Barger and Deanna Hunt


IT IS SO ORDERED.

Dated: November 6, 2008

                                        /s/ John A. Mendez_____
                                        U. S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com